

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAOVI ENA KOTSE,<br><br>                           Petitioner,<br><br>v.<br><br>WARDEN JEREMY CASEY,<br><br>                           Respondent. | Case No.:  26-cv-2316-JES-MMP<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[ECF No. 1]** |

Before the Court is Petitioner Yaovi Ena Kotse's ("Petitioner") Petition for Writ of Habeas Corpus ("Petition"), filed on April 10, 2026. ECF No. 4. On April 29, 2026, Respondents filed a return. ECF No. 9 ("Return").

In the return, Respondent states: "Taking into consideration those prior rulings [in this District] and the length of time Petitioner has been in custody, the government concedes that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." Return at 1. The Court agrees, for the reasons set forth in *Sandesh v. LaRose*, No. 3:26-CV00846-JES (S.D. Cal. March 5, 2026). The Court incorporates its reasoning in that case by reference here.

Per the parties' agreement that Petitioner is entitled to a bond hearing, and the Court's analysis in *Sandesh*, the Court **GRANTS** Petitioner's writ of habeas corpus, and **ORDERS** as follows:

(1)    The Court **ORDERS** Respondents to provide Petitioner with an individualized bond determination hearing within **ten days** of this Order.

a.  At the hearing, the government **SHALL BEAR** the burden of establishing by clear and convincing evidence that Petitioner is a danger to the community or a flight risk if released.

b.  The IJ **SHALL** consider alternative conditions of release and Petitioner's ability to pay bond if he or she determines bond is appropriate.

c.  Respondents **SHALL** make a complete record of the bond hearing available to Petitioner and his counsel.

(2)    Respondents are **ORDERED** to File a Notice of Compliance within **five days** of providing Petitioner with the bond hearing, including apprising the Court of the results of the hearing.

The Clerk of Court is **ORDERED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: May 7, 2026

Honorable James E. Simmons Jr.
United States District Judge